**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-298 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-14, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE # 8, OWNER OF IP ADDRESS 208.157.183.24**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 8, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 208.157.183.24.

DATED: August 23, 2013             Respectfully submitted,

                                   TCYK, LLC

                                   By:   s/ Keith A. Vogt
                                         Keith A. Vogt (Bar No. 6207971)
                                         Takiguchi & Vogt
                                         1415 West 22nd Street, Tower Floor
                                         Oak Brook, IL 60523
                                         773.340.9469
                                         KVogt@takiguchiandvogt.com
                                         Attorney for Plaintiff